|   |   |
|---|---|
| 1 | GIA N. MARINA |
| 2 | Nevada Bar No. 15276<br>**CLARK HILL PLLC** |
| 3 | 1700 South Pavilion Center Drive, Suite 500<br>Las Vegas, Nevada  89135 |
| 4 | E-mail: gmarina@clarkhill.com<br>Telephone:  (702) 862-8300 |
| 5 | Facsimile:  (702) 778-9709<br>*Attorney for Defendant* |
| 6 | *Equifax Information Services LLC* |

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| OLIVIA DUBLIN, | ) |
|---|---|
|  | ) |
| Plaintiff, | ) **Case No. 2:24-cv-02368-NJK** |
|  | ) |
| vs. | ) |
|  | ) |
| EQUIFAX INFORMATION SERVICES LLC; | ) **JOINT MOTION FOR EXTENSION OF** |
| NATIONAL CONSUMER TELECOM & | ) **TIME FOR DEFENDANT EQUIFAX** |
| UTILITIES EXCHANGE, INC.; AND | ) **INFORMATION SERVICES LLC TO** |
| CLARITY SERVICES, INC., | ) **FILE ANSWER** |
|  | ) |
| Defendants. | ) **FIRST REQUEST** |
|  | ) |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 13, 2025 through and including **February 12, 2025**.  The request was made by Equifax so that it can have an

/ /

/ /

/ /

opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

      Respectfully submitted, this 13th day of January, 2025.

| | |
|---|---|
| CLARK HILL PLLC | <u>***No opposition***</u> |
| By: /s/Gia N. Marina<br>Gia N. Marina<br>Nevada Bar No. 15276<br>1700 South Pavilion Center Drive, Suite 500<br>Las Vegas, Nevada  89135<br>Telephone:  (702) 862-8300<br>Facsimile:  (702) 778-9709<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant Equifax Information Services LLC* | /s/ Gerardo Avalos<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>FREEDOM LAW GROUP<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>Email: ghaines@freedomlegalteam.com<br>Email: gavalos@freedomlegalteam.com<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: January 14, 2025

- 2 -