George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Olivia Dublin*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Olivia Dublin,<br><br>    Plaintiff,<br>v.<br><br>Equifax Information Services LLC; National Consumer Telecom & Utilities Exchange, Inc. and Clarity Services, Inc.,<br><br>    Defendants. | Case No.: 2:24-cv-02368<br><br>**Discovery Plan and Scheduling Order Submitted in Compliance with LR 26-1(b)** |

On February 11, 2025, Equifax Information Services LLC appeared in this case and the Court set a deadline to file a proposed discovery plan and scheduling order by March 28, 2025. Accordingly, Olivia Dublin, Equifax Information Services LLC and National Consumer Telecom & Utilities Exchange, Inc. (collectively as the "Parties"), by and through their respective counsel, hereby submit this Joint Discovery Plan and Scheduling Order. The parties will require 180 days of discovery measured from the date that Equifax Information Services LLC filed its answer to Plaintiff's complaint.

## DISCOVERY PLAN

The parties propose the following discovery plan and scheduling order:

1. Initial disclosures ………………...      April 14, 2025
2. Amend pleadings and add parties ..      May 12, 2025
3. Expert disclosures (initial): ………      June 11, 2025
4. Expert disclosures (rebuttal): …….      July 11, 2025
5. Discovery cutoff date: ……………      August 11, 2025
6. Dispositive motions: ……………..      September 9, 2025
7. Pretrial order ……………………..      October 9, 2025

In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until **30 days after** decision on the dispositive motions or until further order of the court.

Pretrial Disclosures: The disclosures required by Rule 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

Extensions or Modifications of the Discovery Plan and Scheduling Order: Applications to extend any date set by the discovery plan, scheduling order, or other order must comply with the Local Rules.

Protective Order: The parties may seek to enter a stipulated protective order pursuant to Rule 26(c) prior to producing any confidential documents.

Electronic Service: The parties agree that pursuant to Rules 5(b)(2)(E) and 6(d) of the Federal Rules of Civil Procedure any pleadings or other papers may be served by sending such documents by email.

Alternative Dispute Resolution Certification: The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation. The parties have not reached any stipulations at this stage.

Alternative Forms of Case Disposition Certification: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties have not reached any stipulations at this stage.

Electronically Stored Information: The parties have discussed the retention and production of electronic data. The parties agree that service of discovery by electronic means, including sending original electronic files by email or on a cd is sufficient. The parties reserve the right to revisit this issue if a dispute or need arises.

<u>Electronic evidence conference certification:</u> The parties further intend to present evidence in electronic format to jurors for the purposes of jury deliberations at trial. The parties discussed the presentation of evidence for juror deliberations but did not reach any stipulations as to the method as this early stage.

Dated:  March 18, 2025.

**FREEDOM LAW FIRM**

<u> /s/ *George Haines*          </u>
George Haines, Esq.
Gerardo Avalos, Esq.
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
*Counsel for Plaintiff Olivia Dublin*


**CLARK HILL PLLC**

<u>*/s/ Gia N. Marina*          </u>
Gia N. Marina, Esq.
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
*Counsel for Equifax Information Services LLC*
*and National Consumer Telecom & Utilities*
*Exchange, Inc.*

The parties uploaded the discovery plan twice.  *See* Docket Nos. 17, 18.  Accordingly, the Court STRIKES Docket No. 17.

IT IS SO ORDERED.
March 19, 2025

Nancy J. Koppe
United States Magistrate Judge