George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Olivia Dublin*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Olivia Dublin,<br><br>        Plaintiff,<br>v.<br><br>Equifax Information Services LLC; National Consumer Telecom & Utilities Exchange, Inc. and Clarity Services, Inc.,<br><br>        Defendants. | Case No.: 2:24-cv-02368-NJK<br><br>**Stipulation for dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice.** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Olivia Dublin and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.

///

///

///

///

---

STIPULATION          - 1 -

1     Each party will bear its own costs, disbursements, and attorney fees.

2     Dated: June 10, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Olivia Dublin*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

                          IT IS SO ORDERED:

                          _____
                          United States Magistrate Judge

                          DATED: June 16, 2025